**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Tommy Robinson,
    Plaintiff

v.                                Case No. 1:02-cv-441

Talbert House, et al.,
    Defendants

**NOTICE**

       This matter is scheduled for a Final Pretrial/Settlement Conference on January 16, 2004 at 10:00 a.m. The parties are notified that the court will address the Defendants' Objections to the Magistrate Judge's Report & Recommendation at this conference.

January 9, 2004                          s/Mary Brown
Date                                       Mary Brown, 513.564.7520
                                           Case Manager to Judge Beckwith

To:    Tommy Robinson, *Pro Se*
        Adele O'Conner, Esq.