# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Tommy Robinson,
    Plaintiff

v.                                Case No. 1:02-cv-441

Talbert House, et al.,
    Defendants

## ORDER

The Court having been advised by the parties that the within action has been settled;

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within thirty (30) days, reopen the action if settlement is not consummated. The parties may substitute a more particularized Order of Dismissal within this same time frame, should they so desire. The Court retains jurisdiction over the settlement contract for the purpose of its enforcement.

Date: January 16, 2004                           s/Sandra S. Beckwith
                                                                 Sandra S. Beckwith
                                                                   United States District Judge